UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **HEATHER HICKEY** ) | 3:10-cv-00911(VLB) |
|    Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| **PORTFOLIO RECOVERY** ) | |
| **ASSOCIATES, LLC** ) | |
|    Defendant ) | JULY 29, 2010 |
| ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Heather Hickey, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, without costs or attorney's fees.

          Plaintiff, Heather Hickey

          By/s/Daniel S. Blinn
          Daniel S. Blinn  (ct02188)
          Consumer Law Group, LLC
          35 Cold Spring Road, Suite 512
          Rocky Hill, CT  06067
          (860) 571-0408
          Fax: (860) 571-7457
          dblinn@consumerlawgroup.com

## **CERTIFICATION**

I hereby certify that on this 29th day of July, 2010, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
**Daniel S. Blinn**